# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 590 |
| | : |
| APPOINTMENT TO INTERBRANCH | : JUDICIAL ADMINISTRATION DOCKET |
| COMMISSION FOR GENDER, RACIAL, | : |
| AND ETHNIC FAIRNESS | : |


## ORDER


**PER CURIAM**

    **AND NOW**, this 23rd day of January, 2023, Brooke Chung Scicchitano, Esquire, Philadelphia, is hereby appointed as a member of the Interbranch Commission for Gender, Racial, and Ethnic Fairness for a term expiring December 31, 2024.